UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-442 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| V. | ) | ORDER OF FORFEITURE |
| $6,150.00 IN U.S. CURRENCY, DEFENDANT. | ) | |

Based on the plaintiff's motion for a finding of probable cause for forfeiture of the defendant, for default judgment against John Yort and all unknown persons and entities having an interest in the defendant pursuant to Rule 55(b)(2), Fed.R.Civ.P., and for forfeiture of the defendant to the plaintiff, on all the files and records in this action, and on the Court's finding as follows that:

1. process was fully issued in this action and returned according to law;

2. pursuant to a Warrant of Arrest and Notice In Rem issued by United States Magistrate Judge Franklin L. Noel, the U.S. Marshal for the District of Minnesota arrested the defendant;

3. a Notice of Arrest and Seizure was published in the Finance and Commerce, Minneapolis, Minnesota, on March 18, 2000, March 25, 2000, and April 1, 2000;

4. the U.S. Marshal served the following known persons and entities on the dates indicated with the verified Complaint for Forfeiture, Summons, and Warrant of Arrest and Notice In Rem:



FILED JUN 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 15 2000
DEPUTY CLERK

John Yort through his attorney Phillip S. Resnick on March 29, 2000;

5. no claims for the defendant and answers to the complaint for forfeiture have been filed, and the time for filing a claim and answer has expired;

6. on April 6, 2000, John Yort, through his attorney Phillip S. Resick, declined to file a claim for the defendant and an answer to the Complaint for Forfeiture to contest the forfeiture of the defendant;

7. the Clerk of Court entered default against John Yort and all unknown interested persons and entities having an interest in the defendant for failure to file a claim and answer or otherwise defend in this action within the time permitted by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and

8. the plaintiff has established probable cause for the forfeiture of the defendant pursuant to Title 21, United States Code, Section 881(a)(6);

IT IS HEREBY ORDERED that:

1. default judgment is entered against John Yort and all unknown persons and entities having an interest in the defendant; and

2. all the right, title and interest of the defaulted persons and entities in the defendant is forfeited to the plaintiff, and no

right, title or interest in the defendant shall exist in any other person or entity; and

3. the defendant is forfeited to the plaintiff and shall be disposed of by the plaintiff in accordance with law; and

4. all costs and disbursements incurred by the plaintiff in this action shall be deducted from the cost bond filed by John Yort with the remainder, if any, returned to John Yort through his attorney Phillip S. Resnick.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 15th, 2000

XXXXXXXXXXXXXX James M. Rosenbaum,
United States District Court Judge