# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

Case No. Civil 00-442 JMR/FLN

v.

**JUDGMENT IN A CIVIL CASE**

$6,150.00 in U.S. Currency

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Default judgment is entered against John Yort and all unknown persons and entities having an interest in the defendant; and

2. All the right, title and interest of the defaulted persons and entities in the defendant is forfeited to the plaintiff, and no right, title or interest in the defendant shall exist in any other person or entity; and

3. The defendant is forfeited to the plaintiff and shall be disposed of by the plaintiff in accordance with law; and

4. All costs and disbursements incurred by the plaintiff in this action shall be deducted from the cost bond filed by John Yort with the remainder, if any, returned to John Yort through his attorney Phillip S. Resnick.

DATE: June 15, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(13)